EDMUND G. BROWN JR.
Attorney General of the State of California
MARSHA S. MILLER
Supervising Deputy Attorney General
TERRY A. BARAK, State Bar No. 81520
HENRY S. KIM, State Bar No. 207555
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone:  (213) 897-2094
Fax:  (213) 897-2810
Email:  HenryS.Kim@doj.ca.gov

JS-6

*Attorneys for for Defendants* MIKE THOMAS, Prison Industry Authority ("PIA") Supervisor, EDWARD ALAMElDA, JR., Former Secretary of the California Department of Corrections and Rehabilitation (sued herein as California Department of Corrections), MATTHEW CATE, Secretary of  the California Department of Corrections and Rehabilitation, ERNIE ROE, Former Warden of California Department of Corrections and Rehabilitation, Los Angeles County, BRIAN HAWS, Warden of California Department of Corrections Los Angeles County; CHARLES PATILLO, General Manager of the PIA; DAN MILLER, PIA Administrator; and JESSE COWANS, Former Industrial Superintendent II

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONARD MORENO, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>MIKE THOMAS, et al.<br><br>        Defendants. | **Case No. CV 05-8137-VBF (RCx)**<br><br>ORDER ON<br><br>**AMENDED STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties in this action that Defendants MIKE THOMAS, Prison Industry Authority ("PIA") Supervisor, EDWARD ALAMElDA, JR., Former Secretary of the California Department of Corrections and Rehabilitation (sued herein as California Department of Corrections), MATTHEW CATE, Secretary of  the California Department of Corrections and Rehabilitation, ERNIE ROE, Former Warden of California Department of Corrections and Rehabilitation, Los Angeles County, BRIAN HAWS, Warden of California

Department of Corrections Los Angeles County; CHARLES PATILLO, General Manager of the PIA; DAN MILLER, PIA Administrator; and JESSE COWANS, Former Industrial Superintendent II, are hereby discharged and dismissed, with prejudice, from the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: September 15, 2009        WINSTON & STRAWN LLP

By _____/s/_____
Mark L. Smith
Erin R. Ranahan
Attorneys for Plaintiff,
LEONARD MORENO

Dated: September 15, 2009        EDMUND G. BROWN JR.
Attorney General of California
MARSHA S. MILLER
Supervising Deputy Attorney General

By _____/s/_____
HENRY S. KIM
Deputy Attorney General
Attorneys for Defendants

IT IS HEREBY ORDERED THAT this action be dismissed with prejudice forthwith.

IT IS SO ORDERED.

Dated: **September 15, 2009**

Valerie Baker Fairbank
United State District Judge

2
STIPULATION OF DISMISSAL
Case No. CV 05-8137 VFB (RCx)

# CERTIFICATE OF SERVICE

Case Name: **Leonard Moreno v. Mike Thomas Pia**       No. **CV05-8137 VBF(RCx)**

I hereby certify that on <u>September 15, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED STIPULATION OF DISMISSAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 15, 2009</u>, at Los Angeles, California.

|  Sue Ng  |  /s/ Sue Ng  |
|:---:|:---:|
| Declarant | Signature |

50451571.doc